JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Stephani Loffredo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| STEPHANI LOFFREDO,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA ON RELATION OF THE BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA LAS VEGAS,<br><br>Defendant. | Case No.: 2:18-cv-1808-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff STEPHANI LOFFREDO ("Plaintiff") by and through her undersigned counsel, James P. Kemp, Esq., and Victoria L. Neal, Esq., of the law firm of Kemp & Kemp, THE STATE OF NEVADA ON RELATION OF THE BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA LAS VEGAS, by and through its undersigned counsel, Elda M. Sidhu, Esq., and Lynda P. King, Esq., having reached an agreement to resolve all outstanding issues between them, hereby agree

1

to dismiss all claims, with prejudice.

Dated this 7ᵗʰ day of June, 2019      Dated this 7ᵗʰ day of June, 2019

Respectfully submitted,      Respectfully submitted,

/s/ Victoria L. Neal      /s/ Lynda P. King

| | |
|---|---|
| James P. Kemp, Esq. | Elda M. Sidhu, Esq. |
| Victoria L. Neal, Esq. | Lynda P. King, Esq. |
| KEMP & KEMP | COUNSEL , UNIVERSITY OF NEVADA, LAS VEGAS |
| 7435 W. Azure Drive, Suite 110 | |
| Las Vegas, NV 89130 | |
| Attorneys for Plaintiff | Attorneys for Defendant |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 7, 2019.